[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 12.]

COMMUNITY MUTUAL INSURANCE COMPANY, APPELLANT, *v.* JORDAN ET AL.,

APPELLEES.

[Cite as *Community Mut. Ins. Co. v. Jordan*, 1995-Ohio-92.]

*Insurance—Landlords and tenants—Remand for further proceedings.*

(No. 94-2436—Submitted September 27, 1995—Decided November 1, 1995.)

APPEAL from the Court of Appeals for Allen County, No. 1-94-37.

————————————

*Kreiner & Peters Co., L.P.A.*, and *Paul M. Nalepka*, for appellant.

*Cory, Meredith, Witter, Roush & Cheney* and *Donald J. Witter*, for appellee Craig A. Jordan.

*Ulmer & Berne, Richard D. Sweebe* and *Roberto H. Rodriguez, Jr.*, for appellee Miner O. Dickason.

————————————

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded to the court of appeals for further proceedings in light of our remand of *Smith v. Jordan* (1994), 71 Ohio St.3d 393, 643 N.E.2d 1146, for consideration of *Shump v. First Continental-Robinwood Assoc.* (1994), 71 Ohio St.3d 414, 644 N.E.2d 291.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK , JJ., concur.

————————————